## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO.**   0:26-cv-61163-BB

RUBEN ALFREDO VIGNOLI,

      Plaintiff,

v.

EXPRESS FUNDING GROUP INC. *et al.*,

      Defendants.

_____ /

### SUMMONS IN A CIVIL ACTION

To:         Defendant:     Express Funding Group Inc.
            Registered Agent:  Carolina Ramos
                            2001 North Ocean Blvd
                            Fort Lauderdale, Florida 33305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:  (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Apr 21, 2026



**SUMMONS**

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**   0:26-cv-61163-BB

RUBEN ALFREDO VIGNOLI,

      Plaintiff,

v.

EXPRESS FUNDING GROUP INC. *et al.*,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:       Defendant:      Carolina Ramos
                                13249 NW 12th Ct
                                Sunrise, Florida 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:  (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Apr 21, 2026



**SUMMONS**

*s/ Clifford Charles*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**   0:26-cv-61163-BB

RUBEN ALFREDO VIGNOLI,

     Plaintiff,

v.

EXPRESS FUNDING GROUP INC. *et al.*,

     Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:        Defendant:     Hugo Navarette
                             15977 SW 15th St
                             Pembroke Pines, Florida 33027

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Dillon S. Cuthbertson, Esq.
     Koz Law, P.A.
     800 East Cypress Creek Road, Suite 421
     Fort Lauderdale, Florida 33334

     Tel:    (786) 924-9929
     Fax:   (786) 358-6071
     Email: dc@kozlawfirm.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Apr 21, 2026
        _____



**SUMMONS**

*s/ Clifford Charles*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court